No. 1974. GODBOLD *v.* KIRKPATRICK. November Term, 1886. On May 16, 1871, Watson held a judgment against Asa Godbold, sr., for the principal sum of $1,866.28, upon which

there was also due $265.97 as interest. On that day Watson assigned to Ellerbe "eight hundred dollars of the debt and interest due on within execution." *Held*, that this assignment transferred the $265.97, interest then due, and $534.03 of the principal, and that Ellerbe was entitled to receive out of the proceeds of this judgment $534.03, with interest from May 16, 1871, and $265.97 without interest. Decree of Pressley, J., modified. Opinion by Mr. Justice McIver, February 4, 1887. *Johnson & Johnson*, for Ellerbe. *F. D. Bryant* and *Sellers & Sellers*, contra.